**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **J.M.H.E.,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, STEWART DETENTION CENTER,**<br><br>**Respondent.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No. 4:26-cv-1384-CDL-CHW**<br>**28 U.S.C. § 2241** |

**ORDER**

The Court received Petitioner's Request for Additional Courtesy Copies to Family Mailing Address on November 9, 2026 (ECF No. 2). Petitioner requests "that the Court authorize the Clerk to mail additional *courtesy* copies of orders, notices, and other Court correspondence in this habeas proceeding to [his] family. . .in addition to mailing them to [him] at [his] current detention facility . . ." *Id.* (emphasis added). The District Court Miscellaneous Fee Schedule, as set by the Judicial Conference of the United States, provides that copies of documents obtained from the Court are $0.50 per page. *See* 28 U.S.C. § 1914(b) (directing the Clerk of Court to collect fees "prescribed by the Judicial Conference of the United States").

The Court is neither required nor authorized to provide Petitioner with any additional free copies of documents absent extraordinary circumstances. If Petitioner or his family members wish to obtain copies of any documents submitted to the Court in the

future, the requesting party should request a statement of the cost for these copies from the Clerk of Court, and upon receipt of payment for the copies, the Clerk will provide them. Accordingly, Petitioner's Request for Additional Courtesy Copies to Family Mailing Address without payment is **DENIED**.

**SO ORDERED**, this 12th day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge